UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

**Case No.** 5:23-cv-1009-CBM-BFM  **Date:** August 16, 2023

Title   *Tracy Rainese Allen v. Regents, et al.*

Present: The Honorable Brianna Fuller Mircheff, United States Magistrate Judge

| Christianna Howard | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**   (In Chambers) Order to Show Cause

On June 30, 2023, this Court issued an Order Dismissing Complaint with Leave to Amend. ECF No. 7. The Order gave Plaintiff until July 31, 2023, to file a First Amended Complaint that remedied the deficiencies discussed in the Order. The Order expressly admonished Plaintiff that, if she failed to timely file a First Amended Complaint, the Court would recommend that the action be dismissed for failure to state a claim and failure to prosecute. To date, Plaintiff has not filed a First Amended Complaint.

Accordingly, **no later than September 6, 2023, Plaintiff is ordered to show cause** why this case should not be dismissed for failure to prosecute. Filing of the First Amended Complaint on or before September 6, 2023, shall be deemed compliance with this Order to Show Cause. Plaintiff's failure to file a First Amended Complaint by September 6, 2023, shall result in the Court recommending that this action be dismissed.

**IT IS SO ORDERED**.

cc: Tracy Rainese Allen, pro se

Initials of Preparer:   ch

Page **1** of **1**