# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| TRACY RAINESE ALLEN,<br>      Plaintiff,<br>    v.<br>THE REGENTS, et al.,<br>      Defendants. | No. 5:23-cv-01009-CBM-BFM<br>**JUDGMENT**<br><br>JS-6 |

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the Complaint in this matter is dismissed without further leave to amend, and the action is dismissed without prejudice for failure to prosecute and to follow court orders.

DATED: OCTOBER 24, 2023

_____
HONORABLE CONSUELO B. MARSHALL
SENIOR UNITED STATES DISTRICT JUDGE